ELIZABETH W. SMITH, Appellant, *v.* GUARANTY TRUST COMPANY OF NEW YORK, as Trustee under the Will of ELIZABETH W. BATES, Deceased, et al., Respondents, and ELIZABETH W. SMITH, JR., et al., Appellants.

Argued April 17, 1946; decided June 6, 1946.

*Walter E. Warner, Jr.,* and *Frank W. Chambers* for plaintiff-appellant.

*Anthony J. Romagna,* guardian ad litem for Elizabeth W. Smith, Jr., and another, defendants-appellants.

*Otis T. Bradley* and *Patrick J. Kearney* for Guaranty Trust Company of New York, as trustee, respondent.

*Frederick Zorn,* as guardian ad litem, for Emily Frances Rees and others, respondents.

Judgment affirmed, with costs to all parties appearing separately and filing briefs payable out of the fund; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: DYE, J.